## DiRosa, Appellant, *v.* Spring Mountain Winter Sports, Inc.

Argued January 10, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Neil Hurowitz,* for appellant.

*William P. Manning, Jr.,* with him *Wright, Spencer, Manning & Sagendorph,* for appellee.

OPINION PER CURIAM, March 14, 1967:
Judgment affirmed.
Mr. Justice MUSMANNO dissents.